**UNITED STATES DISTRICT COURT MASSACHUSETTS**

Dan Howitz,
                        Plaintiff,                                          1:24CV13207RGS
v
State Of Massachusetts,
                        Defendant.

**EMERGENCY MOTION TO IMMINENTLY TEMPORARILY SEAL THIS CASE, AND TO FILE UNDER SEAL A MORE EXTENSIVE MOTION AND AN AFFIDAVIT TO TEMPORARILY SEAL THIS CASE**

This is an emergency motion to file under seal a motion to temporarily seal this case, on the following bases:  (a) I have been subjected to threats of death and injury regarding this case and my other federal cases for a multitude of months, (b) I have been unable to find a new apartment after a multitude of months due to this case and my other federal cases appearing when searching my name with basic auto-appearing keywords on the internet; most landlords inform me by telephone that due to my federal cases they are not comfortable renting to me; I have spent a multitude of hours a week for a multitude of months searching for new housing; I never had this problem before; (c) My lease ended a multitude of months ago, (d) there have been emergency health code violations, and weekly severe landlord abuse, at my current apartment (see my case 23H84CV000632), and as such it is urgent that I move, (d) I have been trying to find part time work for a multitude of months, and have been verbally told by a multitude of potential employers that searching my name shows my federal cases and that they are not comfortable hiring me; (e) I have tried to volunteer at several places and they inform me that they cannot accept me due to my federal cases; (f) I would like to provide an affidavit under seal about my medical circumstance and financial circumstance; (g) one of my own clinician offices cancelled my previous appointment and discontinued responding to me after informing me by telephone that they cannot accept potential liability due to my federal cases.

Submitted by,

Dan Howitz, 7/6/26

1